UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAR 21  AM 9:37

CLERK
BY_____
DEPUTY CLERK

In Re:  C. Robert Manby, Jr., Esq.                    Misc. No. 2:23-mc-167

ORDER

On August 4, 2023, the above-named individual was suspended from the practice of law in Vermont by the Vermont Professional Responsibility Board for a period of one (1) year.

In conformity with the Vermont Professional Responsibility Board, it is hereby ORDERED that said C. ROBERT MANBY, JR. is suspended from the practice of law before this Court for a period of one (1) year commencing the date of this order.

Dated at Burlington, in the District of Vermont, this 21st day in March, 2024.

_____
Geoffrey W. Crawford
U.S. District Chief Judge